IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HOMER McCRACKLIN                                                                                    Plaintiff

v.  Case No.                     3:05CV147 WRW

HANSON PIPE AND PRODUCTS, INC.                                                      Defendant

ORDER

Upon joint motion of the parties to extend the discovery deadline in this matter, to and including May 19, 2006, and to extend the dispositive motion deadline, to and including June 30, 2006, and for good cause stated by the parties with their respective assurances that such extension will not delay this matter, the motion is granted.

_____
U.S. DISTRICT JUDGE

4/14/2006
_____
DATE