**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**HOMER McCRACKLIN**                                                                        **PLAINTIFF**

**v.**                                     **3:05CV00147-WRW**

**HANSON PIPE & PRODUCTS, INC.**                                      **DEFENDANT**

## **JUDGMENT**

In accordance with the Court's Order entered this date, it is Considered, Ordered, and Adjudged that the claims of Plaintiff Homer McCracklin, should be, and hereby are, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 27th day of January, 2007.

                                                                             /s/Wm. R. Wilson, Jr.
                                                         UNITED STATES DISTRICT JUDGE